AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

☐ FILED ☐ ENTERED
☐ LOGGED ☐ RECEIVED

2:48 pm, Jan 27 2023

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America
v.
Ryan Dales

Case No. 23-mj-00190-BAH

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Ryan Dales,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1343- Wire Fraud

Date: January 13, 2023

*Issuing officer's signature*

City and state: Baltimore, Maryland

Hon. Brendan A. Hurson, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/13/23, and the person was arrested on *(date)* 1/20/23
at *(city and state)* Baltimore, MD

Date: 1/23/23

*Arresting officer's signature*

Brian Gorman Special Agent
*Printed name and title*